FILED
2007 Mar-14 PM 01:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LESTER CAMPBELL,                  )<br>                                              )<br>            Plaintiff           )<br>                                              )<br> vs.                                      )<br>                                              )<br>JEFF JONES and MITCHELE   )<br>MECHANICAL, INC.,              )<br>                                              )<br>            Defendants      ) | Case No. 7:06-cv-04834-LSC-HGD |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 6, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b).  Plaintiff filed objections on February 14, 2007.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

Done this <u>14th</u> day of <u>March 2007</u>.

                                                       L. SCOTT COOGLER
                                        UNITED STATES DISTRICT JUDGE
                                                               124153